**FILED**
VANESSA L. ARMSTRONG, CLERK

FEB 27 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

INFORMATION

No. 3:13CR-32-M

**TIMOTHY SIZEMORE**

18 U.S.C. § 1343
18 U.S.C. § 1347

The United States Attorney charges:

## COUNT 1

In or about and between April 2010 and February 2012, in the Western District of Kentucky, Nelson County, Kentucky, the defendant, **TIMOTHY SIZEMORE**, knowingly devised a scheme to defraud and to obtain money by false and fraudulent pretenses, representations, and promises, and caused a sign and signal to be transmitted by interstate wire communication for the purpose of executing the scheme, to wit: **SIZEMORE** used patient and doctor names to create fraudulent prescriptions, and billed Anthem and other private insurance companies for those fraudulent prescriptions, even though those prescriptions were never actually filled.

In violation of Title 18, United States Code, Section 1343.

The United States Attorney further charges:

## COUNT 2

In or about and between April 2010 and February 2012, in the Western District of Kentucky, Nelson County, Kentucky, the defendant, **TIMOTHY SIZEMORE**, knowingly and willfully executed a scheme to obtain, by false and fraudulent pretenses and representations, money owned

by and under the control and custody of a health care benefit program, to wit: **SIZEMORE** used patient and doctor names to create fraudulent prescriptions and billed Medicare Part D for those fraudulent prescriptions, even though those prescriptions were never actually filled.

In violation of Title 18, United States Code, Section 1347.

                                                /s/ _____
                                                DAVID J. HALE
                                                UNITED STATES ATTORNEY

DJH:DW:jb:01252013

UNITED STATES OF AMERICA v. **TIMOTHY SIZEMORE**

## PENALTIES

Count 1: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.     Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:   Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:   Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.